UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MARK C. BROOKES,

    Plaintiff,

v.

    Case No. 2:13-cv-516
    JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Mark R. Abel

MYRON SHANK, et al.,

    Defendant.

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on January 6, 2014. (ECF No. 25.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, DesMarais, Chambers-Smith, Hudson and Eddy's September 19, 2013 motion for judgment on the pleadings (ECF No. 10) is **GRANTED** and defendant Shank's September 19, 2013 motion for judgment on the pleadings (ECF No. 11) is **DENIED**. Defendants DesMarais, Chambers-Smith, Hudson and Eddy are hereby **DISMISSED**.

    **IT IS SO ORDERED.**

2-7-2014
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE